No. 96–249.  IN RE MORETTI;

No. 96–326.  IN RE PANTHONG;

No. 96–5531.  IN RE PALLETT;

No. 96–5564.  IN RE MOORE; and

No. 96–5576.  IN RE PARRISH.  Petitions for writs of mandamus denied.

No. 96–5571.  IN RE WASHINGTON.  Petition for writ of prohibition denied.

No. 95–2024.  LAWYER v. DEPARTMENT OF JUSTICE ET AL. Appeal from D. C. M. D. Fla.  Probable jurisdiction noted. ▪

No. 95–1594.  DE BUONO, NEW YORK COMMISSIONER OF HEALTH, ET AL. v. NYSA–ILA MEDICAL AND CLINICAL SERVICES FUND, BY ITS TRUSTEES, BOWERS ET AL.  C. A. 2d Cir. Certiorari granted.

No. 95–1764.  SARATOGA FISHING CO. v. J. M. MARTINAC & CO. ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 95–2074.  CITY OF BOERNE v. FLORES, ARCHBISHOP OF SAN ANTONIO, ET AL.  C. A. 5th Cir.  Certiorari granted. ▪

No. 95–1340.  HUGHES AIRCRAFT CO. v. UNITED STATES EX REL. SCHUMER.  C. A. 9th Cir.  Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 96–243.  SUITUM v. TAHOE REGIONAL PLANNING AGENCY. C. A. 9th Cir.  Motions of Tahoe Sierra Preservation Council, Tahoe Lakefront Owners' Association, and Southeastern Legal Foundation for leave to file briefs as amici curiae granted.  Certiorari granted.

No. 95–1567.  INDIANA v. BRYANT.  Sup. Ct. Ind.  Certiorari denied.